# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | Cr. No. 21-081 (DLF) |
| ) | |
| KEVIN DANIEL LOFTUS, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION FOR CONTINUANCE OF STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Mr. Kevin Loftus, by and through his attorney, Dani Jahn, Esquire (collectively, "the parties") jointly move this Court to continue the Status Hearing currently scheduled for July 28, 2021.

On May 25, 2021, the parties appeared before this Court whereby the parties advised that discovery was on-going. Upon request from the defense, this Court excluded time under the Speedy Trial Act until July 28, 2021. *See* Minute Order, dated 5/25/21.

Since that hearing, discovery continues to be provided. Further, the parties continue to have discussions about a pretrial disposition in this matter. Therefore, the parties agree that it is in the interest of justice to continue those discussions and thus request an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the parties request a continuance of approximately 60 days and an exclusion of time under the Speedy Trial Act until that date.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

/s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov


A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Dani_Jahn@fd.org