

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

September 17, 2021

**By USAfx and Email**
**Danielle Courtney Jahn**
Federal Public Defender for the District of Columbia
625 Indiana Ave, NW, Suite 500
Washington, DC 20004
(202) 208-7500
Email: dani_jahn@fd.org
*Counsel for Defendant*

        Re:    *United States v. Kevin Loftus*
                  Case No. 21-cr-81 (DLF)

Dear Counsel:

Pursuant to our discovery obligations, we are providing the following files via USAfx:

- All of the files listed on the attached index, which are part of the Loftus case file.

Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter. By now, you are connected to the USA File Exchange ("USAfx" or "the Box"). As you are aware, there is a case-folder labeled, "Kevin Daniel Loftus" and you and your paralegal have access to this case-folder and are able to download its contents.

    I.    **Discovery**

Attached please find screenshots of the defendant under the alias "Zoso" on a social media game application in which the defendant has shown and sent individuals on that site that he was in possession of at least two semi-auto handguns and two assault styled rifles in his possession. In addition, the defendant also posted on the same social media account detailed information regarding his current case and the fact that he now believes that he is famous for his illegal action on January 6, 2021.

However, on August 24, 2021, Loftus was interviewed by FBI agents in Wisconsin regarding these posts on the gaming application. Loftus stated that he did not have any guns in his possession, and the firearms were locked in the safe at his son's house as he was instructed to do. Further, Loftus stated that the pictures that he posted were pictures taken prior to his arrest in this matter. Loftus consented to a search of his residence, and no firearms or ammo were found.

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | 1 pdf | • Zoso_Redacted.pdf | *2021-09-17* |

## II.     Contact Information

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail as provided below.

Emory V. Cole  
Assistant United States Attorney  
United States Attorney's Office  
for the District of Columbia  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
(202) 252-7692  
Emory.Cole@usdoj.gov  

                Respectfully,

                CHANNING D. PHILLIPS  
                ACTING UNITED STATES ATTORNEY

           By:  _/s/ Emory V. Cole_  
               Emory V. Cole  
               Assistant United States Attorney