

**ALLIED DIES, INC.**
800 Cashman Drive
Chippewa Falls, WI 54729
P: 715.720.1872  F: 715.720.1873

December 13, 2021

Honorable Dabney L. Friedrich
United States District Judge
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Friedrich,

I am writing this letter in reference to the upcoming sentencing of Mr. Kevin Loftus. I understand that Kevin plead guilty to a misdemeanor charge of Parading, Demonstrating, or Picketing in a Capitol Building.

I am the owner of a small machine shop in Chippewa Falls, Wisconsin. Our fifty employees manufacture Dies and related tooling for the packaging, automotive, aircraft, housing, transportation, electronics, as well as other industries. At the beginning of the COVID pandemic, we were deemed 'essential,' and we continued to produce our products during the difficult times.

I first met Kevin in June of this year, after placing an ad for a CNC Mill Operator. He applied for the position and visited for an interview. His work history as a machinist was excellent, although he had a gap of employment from January of 2021 until our interview. He openly shared the reason for his dismissal from his then-current employer, his participation on January 6th at the Capitol.

In addition to his experience as a CNC mill operator, I was impressed by his honesty and willingness to learn our products. He also volunteered to work multiple shifts, as needed. Since hiring Kevin, he has fulfilled his duties and proven to be a very reliable employee. He has assimilated well into our company, working with his cohorts, and management.

Your Honor, I believe that Kevin accepts the consequences of his actions. I respectfully ask you to allow him to continue to work here at Allied Dies. He is a valued employee, and his talents are integral to our continued success.

Thank you for your consideration.

Douglas J. Darrow
President/Owner

**Allied Dies Inc.**
*"Specializing in Extrusion Dies"*

Honorable Dabney L. Friedrich
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

I first met Kevin Loftus in 1993. We were both assigned to the Second Armored Cavalry Regiment at Fort Polk, Louisiana. Kevin was assigned as a Cannoneer in the 155mm Howitzer Section I was in charge of. Kevin was a part of a team that was responsible for the safe and accurate firing of 155mm artillery rounds.

Kevin was a relatively young soldier who had spent a year in Korea, prior to his arrival at Fort Polk. His knowledge about the weapon system from his tour in Korea was impressive and he imparted that knowledge upon the newer soldiers in the section. Even though he was not the senior enlisted member, his leadership traits developed to the point where the soldiers under him looked to him for advice and knowledge. The entire time Kevin was in the section, I never had to question his integrity, nor his dedication to the Army values. He demonstrated these values on a daily basis.

By the time Kevin left Fort Polk for his next duty station, I had recommended him for promotion twice. He was a Private First Class when I met him, and a Sergeant when he left. His performance earned him these promotions ahead of his peers.

Kevin was devoted to his family. He often took the lead during the planning and execution of unit activities and programs. These included family days, unit celebrations, and events coordinated with the community, such as equipment displays or 5K runs for charity. He and his family worked together to make these events successful to the benefit of everyone. His wife also participated in the Family Support Group, giving guidance to other wives who needed the help during deployments. Kevin and his family invited single soldiers to their house during the holidays for dinner, so the soldiers would not have to spend the holidays without their families. Kevin was very dedicated to his family, and his family was dedicated to him, and the mission.

After Kevin left Fort Polk, we kept in touch sporadically, and would catch up on our lives. Over the years, as we caught up, it was obvious he was living his life with the same integrity and dedication to what he was doing, and to his family. I talked to Kevin sometime after January of 2021 and he told me what happened. His attitude was the same as it always was, he accepted responsibility for his actions, and made the decision to do the right thing to make up for it. He had lost his job, and was very excited about his new job. There is no question that Kevin will do the right thing going forward, and not repeat his actions. I have always known Kevin to accomplish what he sets his mind to, and to be successful in accomplishing his goals.

Sincerely,

Brian S. Leininger
SFC, US Army (RET)
27 Ranch Road
Erin, TN 37061
(337)718-2705