Honorable Dabney L. Friedrich

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

January 25, 2022

Dear Judge Friedrich,

   I am writing this letter to the court to express my remorse for my actions the day of January 6th 2021. I have had over a year to ponder what I did and how it has affected my life.  Nothing good has happened to me in the last 13 months awaiting resolution of my case.  I lost the best job of my life, I have been shouted down in public, and I have had immense negative press. As things unfolded in my case I have spent a lot of time thinking about all of it.

   I know in my heart and mind I will never do anything like this again. I have resigned myself to stay out of politics and especially any type of protests. I would like to share with the Court that I have been treated really well by everyone I have had the chance to meet with this incident.  I found that people actually were helping me and that is not anything I have experienced before. Probation services has helped me get my feet on the ground and I am especially grateful to Tracy. I am very Thankful to Miss Jahn and all the work she put into my defense. I have seen nothing but professionalism from everyone involved and my rights were their first priority. That fact has had the biggest impact on me. It has changed how I view the system 180 degrees. I am very sorry that I am here taking up the courts time and nothing like this will ever happen again.

Sincerely,

/s/

Kevin D. Loftus