AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11222816

UNITED STATES OF AMERICA
v.
Kevin Loftus

)
)
)
)
)

**RECEIVED**
By USMS District of Columbia District Court at 11:20 am, Oct 31, 2024

Case No.   0090 1:21CR00081-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Kevin Loftus

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☑ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 10/31/2024

City and State: Washington, DC

*Issuing Officer's Signature*

**Jonathan C. Hopkins, Courtroom Deputy Clerk**
*Printed Name and Title*

### Return

This warrant was received on *(date)* 10/31/2024, and the person was arrested on *(date)* 10/31/2024
at *(city and state)* IOWA FALLS, IA

Date: 10/31/2024

*Arresting Officer's Signature*

CRAIG PFEIFER, FBI SA
*Printed Name and Title*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN DANIEL LOFTUS, Defendant. | **HEARING MINUTES**  Sealed: No<br>Case No.: 1:24-mj-224-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 11/1/2024 | Start: | 11:12 AM | Adjourn: | 11:18 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Jared Manternach | | | | | | | |
| | Defendant(s): | AFPD Jill M. Johnston (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT:

| | | |
|---|---|---|
| | Contested? No | Continued from a previous date? No |
| Date of indictment: | -- | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | -- | |
| Counsel: | Retained  X  Appointed (FPD or CJA Panel): | FPD: Jill M. Johnston |
| Stipulation to discovery plan? | -- | |
| Did the government move for detention? | Yes  Was the defendant detained? | Yes |
| Identity hearing: | Waived | |
| Preliminary hearing: | Waived | |
| Detention hearing: | Waived | |
| **Witness/Exhibit List is** | -- | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | Case arises out of the District of Columbia, case number 21-cr-81.<br><br>Defendant to be transported to the District of Columbia by the US Marshal Service. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN DANIEL LOFTUS,<br><br>    Defendant. | No. 24-mj-224-MAR<br><br>**ORDER APPOINTING COUNSEL** |

The court finds that Defendant qualifies for appointment of counsel under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A, and the Amended and Substituted Criminal Justice Act Plan for the Northern District of Iowa (CJA Plan). This order is subject to Defendant satisfying the court that Defendant qualifies financially under the CJA. Defendant must provide sworn statements on the CJA Form 23 Financial Affidavit. Defendant may be required to pay or contribute to the costs if the court finds that Defendant can make payments.

**IT IS HEREBY ORDERED**:

☒ Counsel from the Federal Public Defender's Office, or counsel designated pursuant to the CJA Plan, is appointed to represent Defendant for all proceedings in this matter. **Appointed counsel must file a notice of appearance within three (3) days from the date of this order**.

☐ This appointment is due to a withdrawal, conflict, motion for new counsel, or similar situation.

☐ This appointment will automatically transfer to any related criminal case for Defendant.

☒ **Defendant must file a CJA Form 23 Financial Affidavit no later than fourteen (14) days from the date of this order unless one was filed within the past twelve (12) months**. If Defendant is appearing on a writ or summons for a hearing that is scheduled to occur after the 14-day deadline, Defendant must file a CJA Form 23 Financial Affidavit by the date of the scheduled hearing.

☐ Defendant need not file a CJA Form 23 Financial Affidavit.

**IT IS SO ORDERED** this 1st day of November, 2024.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-mj-224-MAR |
| ) | |
| Kevin Daniel Loftus ) | Charging District's Case No. 1:21-cr-81-DLF |
| *Defendant* ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*    District of Columbia    .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑ an identity hearing and production of the judgment, warrant, and warrant application.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: November 1, 2024

*Defendant's signature*

*[signature]*

*Signature of defendant's attorney*

Jill M. Johnston
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-mj-224-MAR |
| ) | |
| Kevin Daniel Loftus ) | Charging District's |
| *Defendant* ) | Case No. 1:21-cr-81-DLF |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____.

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  11/01/2024

*Judge's signature*

Mark A. Roberts, Magistrate Judge
*Printed name and title*

## U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00224-MAR-1

Case title: USA v. Loftus  
Plea Filings  
Other court case number: 21-cr-81 USDC District of Columbia

Date Filed: 10/31/2024  
Sentencing Filings  
Date Terminated: 11/01/2024

Assigned to: Magistrate Judge Mark A Roberts

### Defendant (1)

**Kevin Daniel Loftus**  
*TERMINATED: 11/01/2024*

represented by **Jill M Johnston**  
Federal Public Defender's Office  
222 Third Avenue SE  
Suite 290  
Cedar Rapids, IA 52401  
319 363 9540  
Email: jill_johnston@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Zachary D Crowdes**  
Federal Public Defender's Office  
222 Third Avenue SE  
Suite 290  
Cedar Rapids, IA 52401  
319 363 9540  
Email: zach_crowdes@fd.org  
*TERMINATED: 10/31/2024*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

| USA | represented by | **Anthony Morfitt**<br>US Attorney's Office<br>111 Seventh Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401<br>319 363 6333<br>Email: tony.morfitt@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2024 | | Attorney update in case as to Defendant Kevin Daniel Loftus: Attorney Zachary D Crowdes for Kevin Daniel Loftus added pursuant to the CJA Panel Administrator under the direction of Magistrate Judge Mark A Roberts. (pac) (Entered: 10/31/2024) |
| 10/31/2024 | | Attorney update in case as to Defendant Kevin Daniel Loftus: Attorney Jill M Johnston for Kevin Daniel Loftus added pursuant to notification from Federal Public Defender's Office. Attorney Zachary D Crowdes terminated. (pac) (Entered: 10/31/2024) |
| 10/31/2024 | 2 | ORDER SETTING HEARING as to Defendant Kevin Daniel Loftus: Initial Appearance - Rule 5(c)(3) set for 11/1/2024 11:00 AM in Ctrm 4 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 10/31/2024. (kms) (Entered: 10/31/2024) |
| 11/01/2024 | 3 | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Initial Appearance in Rule 5(c)(3) Proceedings as to Defendant Kevin Daniel Loftus held on 11/1/2024. Court orders commitment to the District of Columbia. Defendant detained. Official Court Record: FTR Gold. (pac) (Entered: 11/01/2024) |
| 11/01/2024 | 4 | WAIVER of Rule 32.1 Hearing by Defendant Kevin Daniel Loftus. (pac) (Entered: 11/01/2024) |
| 11/01/2024 | 5 | ORDER Appointing Counsel as to Kevin Daniel Loftus. Financial Affidavit due by 11/15/2024. Attorney Notice of Appearance due by 11/4/2024. Signed by Magistrate Judge Mark A Roberts on 11/1/2024. (pac) (Entered: 11/01/2024) |
| 11/01/2024 | 6 | COMMITMENT to Another District as to Defendant Kevin Daniel Loftus. Defendant committed to District of Columbia. Signed by Magistrate Judge Mark A Roberts on 11/1/2024. (Documents emailed to District of Columbia) (pac) (Entered: 11/01/2024) |